**Alvin L. JONES, Plaintiff-Appellee,**

v.

**PAYLESS STATIONS, INC., and George W. Parris, Sr., Defendants-Appellants.**

No. 14305.

United States Court of Appeals
Sixth Circuit.
April 13, 1961.

Eugene B. Cochran, Louisville, Ky., O. Grant Bruton, Middleton, Seelbach, Wolford, Willis & Cochran, Louisville, Ky., on brief, for appellants.

Richard C. Oldham, Louisville, Ky., Clinton R. Burroughs, Louisville, Ky., on brief, for appellee.

Before MARTIN, CECIL and WEICK, Circuit Judges.

ORDER.

This is an appeal from the United States District Court, for the Western District of Kentucky. The plaintiff-appellee recovered a judgment in said court in the sum of $25,000 against the defendants-appellants.

Upon consideration of the record, the oral arguments and briefs of counsel, the Court finds that the question of negligence of George Parris was properly submitted to the jury; that there was substantial evidence to support the jury's finding of negligence against the defendants-appellants and that such negligence was the proximate cause of the injury to

the plaintiff-appellee; the Court further finds that the plaintiff-appellee was not guilty of negligence as a matter of law and that the finding of the jury that there was no negligence on the part of the plaintiff-appellee, which contributed to his injury, is not contrary to the weight of the evidence. And the Court finds further that there is no merit to the claim of the defendants-appellants that the Ohio Casualty Insurance Company should have been made a party to the action.

It is therefore ordered, adjudged and decreed that the judgment of the District Court be and it is hereby affirmed.